**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1517**

DOMINANT INVESTMENTS 113, LLC,

  Plaintiff - Appellant,

  v.

UNITED STATES LIABILITY INSURANCE COMPANY,

  Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, District Judge. (1:16-cv-03081-RDB)

Submitted: November 30, 2017                    Decided: December 22, 2017

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

C. Thomas Brown, SILVER & BROWN, Fairfax, Virginia, for Appellant. Stacey A. Moffet, ECCLESTON & WOLF, P.C., Hanover, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Plaintiff Dominant Investments 113, LLC, appeals the district court's order granting summary judgment to Defendant United States Liability Insurance Company on Dominant's claims for breach of contract and breach of the duty of good faith pursuant to Md. Code Ann., Cts. & Jud. Proc. § 3-1701 (West 2013). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dominant Invs. 113, LLC v. U.S. Liab. Ins. Co.*, No. 1:16-cv-03081-RDB (D. Md. Mar. 27, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*